NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OTIS JAMES WRIGHT,                    )
                                      )
      Appellant,                      )
                                      )
v.                                    )          Case No. 2D17-4019
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                       )
_____ )

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
PInellas County; Nancy Moate Ley,
Judge.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and CASANUEVA and LUCAS, JJ., Concur.